___FILED         ___RECEIVED
___ENTERED       ___SERVED ON
                 COUNSEL/PARTIES OF RECORD

MAR 8, 2022

CLERK US DISTRICT COURT
DISTRICT OF NEVADA
BY:_____DEPUTY

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | 2:21-CR-282-RFB-DJA |
| Plaintiff, | **Final Order of Forfeiture** |
| v. | |
| DENISE L. MITCHELL, | |
| Defendant. | |

This Court found that Denise L. Mitchell shall pay the in personam criminal forfeiture money judgment of $80,044 pursuant to Fed. R. Crim. P. 32.2(b)(1) and (b)(2); 18 U.S.C. § 981(a)(1)(C) with 28 U.S.C. § 2461(c); and 21 U.S.C. § 853(p). Criminal Information, ECF No. 6; Plea Agreement, ECF No. 8; Arraignment & Plea, ECF No. 10; Preliminary Order of Forfeiture, ECF No. 11.

This Court finds that on the government's motion, the Court may at any time enter an order of forfeiture or amend an existing order of forfeiture to include subsequently located property or substitute property pursuant to Fed. R. Crim. P. 32.2(e) and 32.2(b)(2)(C).

The in personam criminal forfeiture money judgment amount of $80,044 complies with *Honeycutt v. United States*, 137 S. Ct. 1626 (2017) and *United States v. Thompson*, 990 F.3d 680 (9th Cir. 2021).

THEREFORE, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that the United States recover from Denise L. Mitchell the in personam criminal forfeiture money judgment of $80,044 pursuant to Fed. R. Crim. P. 32.2(b)(4)(A) and (b)(4)(B); 18 U.S.C. § 981(a)(1)(C) with 28 U.S.C. § 2461(c); and 21 U.S.C. § 853(p).

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that the Clerk send copies of this Order to all counsel of record and three certified copies to the United States Attorney's Office, Attention Asset Forfeiture Unit.

DATED _____March 8_____, 2022.

_____
RICHARD F. BOULWARE, II
UNITED STATES DISTRICT JUDGE